AL J. PATRICK
**Attorney at Law**
105 Pine Street
Auburn, CA 95603
State Bar Number: 067084
Telephone Number: (530) 823-8372

Attorney for Debtor,
Earl Veal
Susan Veal

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In Re:     Case Number: 10-25542-E-13L
EARL VEAL
SUSAN VEAL

(Proposed)
ORDER CONFIRMING CHAPTER 13 PLAN
Debtor
_____/

The Chapter 13 Plan, filed March 7, 2010, of the above-named debtors has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the Debtors Plan satisfies the requirements of 11 U.S.C. Section 1325.

THEREFORE, it is Ordered that the Chapter 13 Plan is confirmed.

IT IS FURTHER ORDERED that:

1. The Debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the Trustee of any change in the debtor's address;

2. The Debtor shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the Debtor; and

3. The Debtor shall appear in Court whenever notified to do so by the Court.

RECEIVED
July 13, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002772404

IT IS FURTHER ORDERED that the attorney fees for the debtor's attorney in the full amount of $3,500.00 are approved. The amount of $2,500.00 shall be paid, by the trustee, from plan payments at the rate specified in the Guidelines for Payment of Attorneys Fees in Chapter 13 Cases. The attorney and debtor have executed and filed the document entitled: Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys.

Dated:

/s/ Lawrence J. Loheit
APPROVED BY THE CHAPTER 13
TRUSTEE AS TO FORM.

Dated: July 19, 2010

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court