FORM L161 Order approving Final Report and Account and Discharging Trustee (v.09.12)

10−25542 − E − 13C



**UNITED STATES BANKRUPTCY COURT**
Eastern District of California

**Robert T Matsui United States Courthouse**
501 I Street, Suite 3−200
Sacramento, CA 95814

(916) 930−4400
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM

**FILED**

**6/10/13**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

auto

### ORDER APPROVING FINAL REPORT AND ACCOUNT AND DISCHARGING TRUSTEE

Case Number:    10−25542 − E − 13C

Debtor Name(s) and Address(es):

Earl Veal
10484 Hubbard Rd
Auburn, CA 95602

Susan Veal
10484 Hubbard Rd
Auburn, CA 95602

The Chapter 13 Trustee has filed a final report and account with the Court and the Office of the United States Trustee, and certified that the estate of the above−named debtor(s) has been fully administered. No objection has been timely filed with the Clerk by the United States Trustee or a party−in−interest, and no hearing concerning the matter has been set. Therefore, pursuant to Federal Rule of Bankruptcy Procedure 5009, there is a presumption that the estate of the above−named debtor(s) has been fully administered.

**IT IS ORDERED** that the final report and account is approved.

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee is hereby discharged and relieved of his trust, that his bond is hereby exonerated, and that the surety or sureties thereon are hereby released from further liability thereunder except any liability which may have accrued during the time such bond was in effect.

Dated:
6/10/13

FOR THE COURT

Wayne Blackwelder , CLERK